RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Eduardo Lopez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00119-RFB-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| EDUARDO LOPEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob Haile Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Eduardo Lopez, that the Revocation Hearing currently scheduled on January 30, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to discuss this matter with Mr. Lopez and conduct necessary investigation as to the allegations in the Petition.

2. Defense counsel will need additional time to prepare, if necessary, for the revocation hearing.

3. Mr. Lopez is out of custody and does not oppose continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 24th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jacquelyn N. Witt<br>JACQUELY N. WIT<br>Assistant Federal Public Defender | By /s/ Jacob Haile Operskalski<br>JACOB HAILE OPERSKALSKI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO LOPEZ,<br><br>Defendant. | Case No. 2:20-cr-00119-RFB-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, January 30, 2023 at 11:00 a.m., be vacated and continued to March 13, 2023 at the hour of 11:00 a.m.; or to a time and date convenient to the court.

DATED this 25th day of January, 2023.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3