RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Eduardo Lopez

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>EDUARDO LOPEZ,<br><br>        Defendant. | Case No. 2:20-cr-00119-RFB-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob Haile Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Eduardo Lopez, that the Revocation Hearing currently scheduled on October 20, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty five (45) days.

This Stipulation is entered into for the following reasons:

1. Eduardo Lopez was arrested for the offense of Possession of a Gun by Prohibited Person, in violation of N.R.S. 200.360.1.[1]

---

[1] ECF. 78.

2. Additional time is needed to evaluate the remaining violations in the petition, assess the new charges, and finalize any terms of a recommendation to this Court.

3. Upon receipt of the proposed recommendation, Mr. Lopez will need time to assess whether to accept the terms or proceed with the fmal supervised release revocation hearing.

4. Defense counsel requests the Court not schedule the final supervised release hearing during the following weeks as counsel will be out of the District of Nevada:

    a. November 2, 2023 - November 9, 2023

    b. December 3, 2023 - December 8, 2023

5. The defendant is in custody and agrees with the need for the continuance.

6. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 29th day of September, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By *IslLaRonda Martin*<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By *IslJacob Haile Operskalski*<br>JACOB HAILE OPERSKALSK.I<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00119-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| EDUARDO LOPEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, October 20, 2023 at 11:00 a.m., be vacated and continued to December 12, 2023 at 8:30 a.m.

DATED this 12th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE