RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Eduardo Lopez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDUARDO LOPEZ,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00119-RFB-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob Haile Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Eduardo Lopez, that the Revocation Hearing currently scheduled on January 2, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Eduardo Lopez was arrested for the offense of Possession of a Gun by Prohibited Person, in violation of N.R.S. 200.360.1.[1]

---

[1] ECF. 78.

2. Additional time is needed to evaluate the remaining violations in the petition, assess the new charges, and finalize any terms of a recommendation to this Court.

3. Upon receipt of the proposed recommendation, Mr. Lopez will need time to assess whether to accept the terms or proceed with the final supervised release revocation hearing.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 15th day of December, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ LaRonda Martin*<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By */s/ Jacob Haile Operskalski*<br>JACOB HAILE OPERSKALSKI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00119-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| EDUARDO LOPEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 2, 2024 at 10:00 a.m., be vacated and continued to March 21, 2024 at 8:30 a.m.

DATED this 18th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE

3