RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Eduardo Lopez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDUARDO LOPEZ,<br><br>    Defendant. | Case No. 2:20-cr-00119-RFB-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob Haile Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Eduardo Lopez, that the Revocation Hearing currently scheduled on March 21, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than forty five (45) days.

This Stipulation is entered into for the following reasons:

1. Eduardo Lopez was arrested for the offense of Possession of a Gun by Prohibited Person, in violation of N.R.S. 200.360.1.[1]

---

[1] ECF. 78.

2. The state case has not been resolved. Additional time is needed to evaluate the status of the state case and the remaining violations in the petition and finalize any terms of a recommendation to this Court.

3. Upon receipt of the proposed recommendation, Mr. Lopez will need time to assess whether to accept the terms or proceed with the final supervised release revocation hearing.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 12th day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ LaRonda Martin*<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By */s/ Jacob Haile Operskalski*<br>JACOB HAILE OPERSKALSKI<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDUARDO LOPEZ,<br><br>　　　　Defendant. | Case No. 2:20-cr-00119-RFB-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 21, 2024 at 8:30 a.m., be vacated and continued to **May 7, 2024 at 8:30 a.m.**

　　　DATED this **13th** day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE