RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Eduardo Lopez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDUARDO LOPEZ,<br><br>    Defendant. | Case No. 2:20-cr-00119-RFB-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob Haile Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Eduardo Lopez, that the Revocation Hearing currently scheduled on May 7, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

    This Stipulation is entered into for the following reasons:

    1.    Eduardo Lopez was arrested for the offense of Possession of a Gun by Prohibited Person, in violation of N.R.S. 200.360.1.[1]

---

[1] ECF. 78.

2. Undersigned counsel consulted with the assigned state public defender. Counsel advised that the state case is scheduled for a preliminary hearing on June 12, 2024. The parties are in negotiation. An offer was recently extended.

3. Mr. Lopez and his state defense attorney need additional time to evaluate the status of their case and the offer extended.

4. Moreover, undersigned counsel anticipates being in trial in *United States v. Dallmann*, 2:22-CR-00030-RFB-DJA-1, throughout the entire month of June 2024 and thus, unable to meet with Mr. Lopez during this time frame.

5. Should the state case be resolved at the next court setting, undesigned counsel will need time to meet and confer with the United States Attorney's office and the Office of Federal Probation to determine if an agreement can be reached between the parties regarding the instant case.

6. Finally, Mr. Lopez will need time to assess whether the terms proposed for the instant case are acceptable or whether to proceed with a full hearing.

7. The defendant is in custody and agrees with the need for the continuance.

8. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 1st day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ LaRonda Martin*<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By */s/ Jacob Haile Operskalski*<br>JACOB HAILE OPERSKALSKI<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDUARDO LOPEZ,<br><br>　　　　Defendant. | Case No. 2:20-cr-00119-RFB-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 7, 2024 at 8:30 a.m., be vacated and continued to August 8, 2024 at 12:30 p.m.

　　DATED this 2nd day of May, 2024.



_____
UNITED STATES DISTRICT JUDGE

3